# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL VLADIMIR BABADJOV,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>ACTING WARDEN, USP LOMPOC,<br><br>　　　　　　Respondent. | CASE NO. 2:20-cv-03666-PSG (SK)<br><br>**JUDGMENT** |

　　　　Pursuant to the Order Dismissing Petition for Lack of Jurisdiction, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed.

DATED: 4/29/2020

PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE